Commonwealth *v.* Boriello, Appellant.

Argued June 12, 1974. *John W. Packel,* Assistant Defender, with him *Anne F. Johnson,* Assistant

Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *Mark Sendrow*, Assistant District Attorney, with him *Paul J. Sullivan, David Richman*, and *Steven Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.